UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SURGERY CENTER OF VIERA, LLC,

    Plaintiff,

v.                                                      Case No: 6:23-cv-662-JSS-RMN

UNITEDHEALTHCARE
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

The parties filed a Joint Stipulation for Dismissal with Prejudice stipulating to the dismissal of this action with prejudice. (Dkt. 45.) Accordingly, this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorney's fees. This action remains closed.

**ORDERED** in Orlando, Florida, on July 1, 2024.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record